HARRY K. USLAN, RESPONDENT, v. JAMES BOWEN, APPELLANT.

Submitted October 27, 1933—Decided January 5, 1934.

For the respondent, *Irving Charles Picker.*

For the appellant, *Edward P. Stout.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.